JEANS et al. v. LIQUID CARBONIC CO.
(No. 5394.)

(Court of Civil Appeals of Texas. Austin.
June 30, 1915.)

APPEAL AND ERROR ☞833—REHEARING.
Where the briefs filed in the Court of
Civil Appeals were lost so that it could not
determine which of the grounds set forth in ap-
pellant's motion for a new trial were copied in
his brief as assignments of error, the judgment
overruling appellant's motion for a rehearing
would be set aside on the court's motion, and
the case continued until the following term to
give the parties an opportunity to file copies of
their briefs.
[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 3214, 3229–3240, 3244–
3246; Dec. Dig. ☞833.]

Appeal from McLennan County Court;
Geo. N. Denton, Judge.

On motion for rehearing. Order overruling
motion set aside on the court's motion, and
case continued until following term to give
parties opportunity to file copies of their
briefs.

See, also, 173 S. W. 643.

Jas. E. Yeager, of Waco, for appellants.
R. L. Neal, of Waco, for appellee.

JENKINS, J. A motion to retax the costs
in this case has lead us to re-examine appel-
lant's motion for a rehearing which has been
heretofore overruled by us. We are not sat-
isfied that we did not commit error in over-
ruling said motion. The briefs of the par-
ties filed in this court have been lost, for
which reason we are not able to determine
which of the grounds set forth in appellant's
motion for a new trial in the county court
were copied in his brief as assignments of
error in this court. Our original opinion was
based on the theory that the county court
was without jurisdiction to try the case, for
which reason we did not examine the merits
of the case.

For the reasons stated, our judgment over-
ruling appellant's motion for a rehearing
herein is set aside on our motion, and the
same is continued until the next term of this
court, to give the parties hereto an oppor-
tunity to file copies of their briefs in this
court.